# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ODELL WILLIS,**

    **Plaintiff,**

vs.                       **CASE NUMBER: 5:04-CV-828 (GTS/GHL)**

**COUNTY OF ONONDAGA**
**SHERIFF'S DEPARTMENT and**
**KEVIN WALSH,**

    **Defendants.**

**Jury Verdict.**   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

1. Plaintiff was subjected to a hostile work environment;
2. A legal basis exists under Title VII for imputing the conduct that created the hostile work environment to Defendants;
3. Plaintiff sustained an injury and/or suffered emotional distress;
4. Plaintiff's work environment was the proximate cause of the injury (or injuries) and/or emotional distress that plaintiff suffered; and
5. Plaintiff is awarded damages in the amount of $1.00.

All of the above pursuant to a jury verdict rendered on February 24, 2010 before the Honorable Judge GLENN T. SUDDABY.

DATED: February 24, 2010

*Lawrence K. Baerman*
Clerk of Court

s/ _____
L. Welch
Deputy Clerk