# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT ON ATTORNEY FEES IN A CIVIL CASE

**ODELL WILLIS**

    vs.                            **CASE NUMBER: 5:04-CV-828 (GTS/GHL**

**COUNTY OF ONONDAGA SHERIFF'S DEPARTMENT and KEVIN WALSH**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Attorney Fees is hereby deemed timely, Plaintiff's Motion for Attorney's Fees is granted in part and denied in part, Defendants shall pay Plaintiff the reduced amount of $8,806.13 in Attorney Fees.

All of the above pursuant to the Order of the Honorable Judge Glenn T. Suddaby, dated the 24th day of August, 2010.

DATED: August 24, 2010

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk